

# Fourth Court of Appeals
## San Antonio, Texas

August 17, 2022

No. 04-22-00448-CV

Patrick **MINOR**,
Appellant

v.

William **SIMMONS**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI24173
Honorable Cynthia Marie Chapa, Judge Presiding

# O R D E R

On July 21, 2022, appellant Patrick Minor filed a pro se notice of appeal seeking to appeal the trial court's dismissal of his suit. The clerk's record was filed on July 25, 2022, but it does not contain a final order or judgment dismissing the case. Instead, it contains two sets of judge's notes dated June 18, 2019 and March 2, 2020. In general, "an appeal may be prosecuted only from a signed final judgment," and for a judgment to be final, it must dispose of all the issues and parties in the case. *N.E. Indep. Sch. Dist. v. Aldridge*, 400 S.W.2d 893, 895 (Tex. 1966). In addition, "judge's notes contained in the clerk's record do not constitute a final order." *In re A.W.*, 384 S.W.3d 872, 873 (Tex. App.—San Antonio 2012, no pet.).

Because the clerk's record does not contain a signed final judgment, it appears we do not have jurisdiction over this appeal. Accordingly, we **order** appellant to file a response **by September 1, 2022** showing cause why this appeal should not be dismissed for lack of jurisdiction. If appellant fails to satisfactorily respond within the time provided, the appeal will be dismissed. *See* TEX. R. APP. P. 42.3(c). If a supplemental clerk's record is required to establish this court's jurisdiction, appellant must ask the trial court clerk to prepare one and must notify the clerk of this court that such a request was made. All deadlines in this matter are suspended until further order of the court.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of August, 2022.



Michael A. Cruz,
Clerk of Court